# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 399 EAL 2018
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
YUWSHA ALWAN, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2018, Petitioner's September 18, 2018 Motion to Correct the Record is **GRANTED**. Petitioner's October 5, 2018 Petition for Remand to the Trial Court for a New Trial or an Evidentiary Hearing is **DENIED**. The Petition for Allowance of Appeal is **DENIED**.